# IN THE SUPREME COURT OF THE STATE OF NEVADA

RASHAWN TRAMAINE HUNTER,
Appellant,
vs.
NICOLE LYNETTE LOPES,
Respondent.

No. 69402

FILED

JAN 1 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 18, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Jauie C. Lindam_

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Rashawn Tramaine Hunter
The Grimes Law Office
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-01767